BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, v. THE CITY OF NEW YORK, FRANK J. TAYLOR, Comptroller of the City of New York, MILTON SOLOMON, Deputy Comptroller of the City of New York, and WILLIAM REID, Collector of the City of New York, Respondents.— This case was argued with New York Rapid Transit Corporation v. City of New York (post, p. 923), decided herewith, and the same conclusion is reached. Order and judgment unanimously

affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.